KERBEN LAW FIRM, P.C.
80-02 Kew Gardens Road, Suite 307
Kew Gardens, New York 11415
Tel: (718) 255-8585 Fax: (718) 355-9394

September 26, 2026

**VIA ECF**
Hon. Georgette Castner
United States District Judge
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

It is so ordered this 28th day of September, 2026. The Clerk's Office is directed to CLOSE this case.

[signature] Georgette Castner
GEORGETTE CASTNER, U.S.D.J.

**Re: Peña Ludeña v. Benzel, et al. Civil Action No. 26-12086 (GC)**

Dear Judge Castner:

Petitioner, through undersigned counsel, respectfully writes regarding the above-captioned habeas matter.

As reflected in Respondents' September 25, 2026 submission, Petitioner appeared for the individualized bond hearing ordered by this Court on September 24, 2026, and the Immigration Judge denied his request for a change in custody status. letter

Following that hearing, counsel conferred with Petitioner regarding the status of this action and the available next steps. Petitioner has advised counsel that he does not wish to continue pursuing this federal habeas proceeding. Petitioner instead intends to pursue relief before the Immigration Court permitting him to return to his home country of Ecuador.

Accordingly, at Petitioner's direction, Petitioner respectfully requests that the Court dismiss this action without prejudice and direct the Clerk of Court to close the case.

Petitioner thanks the Court for its attention to this matter.

Respectfully submitted,

By: */s/ Reuben S. Kerben, Esq.*
Reuben S. Kerben, Esq.
Kerben Law Firm P.C.
80-02 New Gardens Rd.
Suite 307
Kew Gardens, NY 11415
Email: rk@klf.nyc

By: *<u>/s/ Jonathan Langer, Esq.</u>*

Jonathan Langer
Law Office of Jonathan Langer, PLLC
260 Madison Ave, 17th Floor
New York, NY 10016
phone: 646.801.9332
jonathan@jonathanlangerlaw.com
*Attorneys for Petitioner*

*cc: All counsel of record via ECF.*